

For full opinion see 175 NE 876; 38 Oh Ap 171 (Oh Bar 6-9-31).

## CASE, Admr v MIAMI CHEVROLET CO

Ohio Appeals, 1st Dist, Clermont Co
Decided Nov 12, 1930

For full opinion see 176 NE 120; 38 Oh Ap 134 (Oh Bar 6-2-31).

## ORUM v STATE

Ohio Appeals, 7th Dist, Carroll Co
Decided Dec 8, 1930

For full opinion see 175 NE 224; 38 Oh Ap 41 (Oh Bar 5-12-31).

## LAKE BRADY CO v KRUTEL, Admx

Ohio Supreme Court
No. 22577.  Decided Apr 29, 1931

For full opinion see 123 Oh St 570 (Oh Bar 6-9-31).